UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARA S.,

     Plaintiff,

                                     Case No. 2:25-cv-52

v.

                                     Hon. Hala Y. Jarbou

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

_____/

## **ORDER**

On May 11, 2026, Magistrate Judge Maarten Vermaat issued a report and recommendation that the Court affirm the Social Security Administration's decision to deny plaintiff Sara S.'s claim for supplemental security income (R&R, ECF No. 16).  The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on May 26, 2026.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 16) is **APPROVED** and **ADOPTED** as the opinion of the Court.

A judgment will issue in accordance with this order.

Dated: May 28, 2026                   /s/ Hala Y. Jarbou
                                      HALA Y. JARBOU
                                      CHIEF UNITED STATES DISTRICT JUDGE